**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TERRENCE POPE                                                                                       PLAINTIFF

V.                                          NO: 3:09CV00094 BSM

RICHARD BUSBY *et al.*                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE